FILED by KS D.C.

Apr 8, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**21-20221-CR-UNGARO/REID**
CASE NO._____

21 U.S.C. § 963
21 U.S.C. § 952(a)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(3)(B)
18 U.S.C. § 982(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

ADALBERTO COMPARAN-RODRIGUEZ
    a/k/a "Fruto,"
ALFONSO RUSTRIAN,
ADALBERTO COMPARAN-BEDOLLA,
CARLOS BASAURI-COTO,
SILVIANO GONZALEZ-AGUILAR, and
SALVADOR VALDEZ,

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**Conspiracy to Import a Controlled Substance**
**(21 U.S.C. § 963)**

From at least as early as in or around January 2021, and continuing through on or about March 30, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

ADALBERTO COMPARAN-RODRIGUEZ
a/k/a "Fruto,"
ALFONSO RUSTRIAN, and
ADALBERTO COMPARAN-BEDOLLA,

did knowingly and willfully combine, conspire, confederate, and agree with each other, and others known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 960(b)(1)(H).

## COUNT 2
### Importation of a Controlled Substance
### (21 U.S.C. § 952(a))

On or about March 20, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ADALBERTO COMPARAN-RODRIGUEZ**
a/k/a "Fruto,"
**ALFONSO RUSTRIAN, and**
**ADALBERTO COMPARAN-BEDOLLA,**

did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(H), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## COUNT 3
### Importation of a Controlled Substance
### (21 U.S.C. § 952(a))

On or about March 26, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ADALBERTO COMPARAN-RODRIGUEZ**
**a/k/a "Fruto,"**
**ALFONSO RUSTRIAN, and**
**ADALBERTO COMPARAN-BEDOLLA,**

did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(H), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## COUNT 4
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 846)

From at least as early as in or around January 2021, and continuing through on or about March 30, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ADALBERTO COMPARAN-RODRIGUEZ**
**a/k/a "Fruto,"**
**ALFONSO RUSTRIAN,**
**ADALBERTO COMPARAN-BEDOLLA,**
**CARLOS BASAURI-COTO,**
**SILVIANO GONZALEZ-AGUILAR, and**
**SALVADOR VALDEZ,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance,

in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

### COUNT 5
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about March 20, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ADALBERTO COMPARAN-RODRIGUEZ**
a/k/a "Fruto,"
**ALFONSO RUSTRIAN,**
**ADALBERTO COMPARAN-BEDOLLA, and**
**CARLOS BASAURI-COTO,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## COUNT 6
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about March 26, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ADALBERTO COMPARAN-RODRIGUEZ**
a/k/a "Fruto,"
**ALFONSO RUSTRIAN,**
**ADALBERTO COMPARAN-BEDOLLA,**
**CARLOS BASAURI-COTO,**
**SILVIANO GONZALEZ-AGUILAR, and**
**SALVADOR VALDEZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## COUNT 7
### Conspiracy to Engage in Money Laundering
### (18 U.S.C. § 1956(h))

From at least as early as in or around January 2021, and continuing through on or about March 30, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ALFONSO RUSTRIAN and**
**CARLOS BASAURI-COTO,**

did knowingly and willfully combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to commit certain offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is:

5

(a) to knowingly conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that such transaction was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

(b) knowingly transport, transmit, and transfer a monetary instrument and funds involving the proceeds of specified unlawful activity, from a place in the United States to and through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

It is further alleged that the specified unlawful activity is the distribution and possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 8
**Attempted Money Laundering**
**(18 U.S.C. § 1956(a)(3)(B))**

On or about March 30, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ALFONSO RUSTRIAN and**
**CARLOS BASAURI-COTO,**

did knowingly attempt to conduct a financial transaction affecting interstate and foreign commerce involving property, that is, funds and monetary instruments, including United States currency, represented by an individual acting at the direction of, and with the approval of, law enforcement officers, to be the proceeds of a specified unlawful activity, with the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be the proceeds of specified unlawful activity,

It is further alleged that the specified unlawful activity is the distribution and possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which any of the defendants, **ADALBERTO COMPARAN-RODRIGUEZ, a/k/a "Fruto," ALFONSO RUSTRIAN, ADALBERTO COMPARAN-BEDOLLA, CARLOS BASAURI-COTO, SILVIANO GONZALEZ-AGUILAR, and SALVADOR VALDEZ,** have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section[s] 841, 846, 952(a), and/or 963, as alleged in this Indictment, the defendant[s] so convicted shall forfeit to the United States, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

3. Upon conviction of a violation or conspiracy to violate Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant[s] so convicted shall forfeit to the United States, any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

4. If any of the property subject to forfeiture, as a result of any act or omission of the defendant[s]:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 21, United States Code, Sections 853 and 970.

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

FREDERIC C. SHADLEY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ADALBERTO COMPARAN-RODRIGUEZ,
a/k/a "Fruto," et al.,

_____Defendants._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

| | Yes | No |
|---|---|---|
| New defendant(s) | ___ | ___ |
| Number of new defendants | ___ | |
| Total number of counts | ___ | |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take  5-8  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days     ✓
   - II   6 to 10 days    ___
   - III  11 to 20 days   ___
   - IV   21 to 60 days   ___
   - V    61 days and over ___

   (Check only one)
   - Petty   ___
   - Minor   ___
   - Misdem. ___
   - Felony  ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge_____ Case No._____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   21-MJ-2614-JG, 21-MJ-2570-Torres
   Related miscellaneous numbers:_____
   Defendant(s) in federal custody as of   March 30, 2021
   Defendant(s) in state custody as of_____
   Rule 20 from the District of_____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

10. Did this matter originate from a matter pending in the Southern Region of the United States Attorney's Office prior to November 23, 2020 (Judge Aileen M. Cannon)?   Yes ___   No ✓

*Penalty Sheet(s) attached

_____
FREDERIC SHADLEY
FLORIDA COURT NO. A5502298
ASSISTANT UNITED STATES ATTORNEY

REV 3/31/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  ADALBERTO COMPARAN-RODRIGUEZ a/k/a "Fruto"

**Case No:** _____

Count #: 1

Conspiracy to import methamphetamine

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

Counts #: 2 & 3

Importation of methamphetamine

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:** Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Counts #: 5 & 6

Possession with intent to distribute methamphetamine

Title 21, United States Code, Section 846(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ALFONSO RUSTRIAN

**Case No:** _____

Count #: 1

Conspiracy to import methamphetamine

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

Counts #: 2 & 3

Importation of methamphetamine

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:** Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Counts #: 5 & 6

Possession with intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

**Defendant's Name:**   ALFONSO RUSTRIAN

**Case No:**

Count #: 7

Conspiracy to engage in money laundering

Title 18, United States Code, Sections 1956(h)

**\*Max. Penalty:** 20 years

Count #: 8

Attempted money laundering

Title 18, United States Code, Sections 1956(a)(3)(B)

**\*Max. Penalty:** 20 years

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** ADALBERTO COMPARAN-BEDOLLA

**Case No:** _____

Count #: 1

Conspiracy to import methamphetamine

Title 21, United States Code, Section 963

*__Max. Penalty:__ Life Imprisonment

Counts #: 2 & 3

Importation of methamphetamine

Title 21, United States Code, Section 952(a)

*__Max. Penalty:__ Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

*__Max. Penalty:__ Life Imprisonment

Counts #: 5 & 6

Possession with intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

*__Max. Penalty:__ Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name:  **CARLOS BASAURI-COTO**

Count #: 4

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

\*Max. Penalty: Life Imprisonment

Counts #: 5 & 6

Possession with intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

\*Max. Penalty: Life Imprisonment

Count #: 7

Conspiracy to engage in money laundering

Title 18, United States Code, Sections 1956(h)

\*Max. Penalty: 20 years

Count #: 8

Attempted money laundering

Title 18, United States Code, Sections 1956(a)(3)(B)

\*Max. Penalty: 20 years

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** SILVIANO GONZALEZ-AGUILAR

**Case No:** _____

Count #: 4

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 6

Possession with intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** SALVADOR VALDEZ

**Case No:** _____

Count #: 4

Conspiracy to possess with intent to distribute methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 6

Possession with intent to distribute methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**